**JS–6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CLIFTON WALKER

   Plaintiff(s),

  v.

BEN TRADING COMPANY , et al.

   Defendant(s).

CASE NO:
2:21–cv–03442–FMO–MAR

**ORDER DISMISSING ACTION WITHOUT PREJUDICE**

  Having been advised by counsel that the above–entitled action has been settled, IT IS ORDERED that the above–captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within <u>45</u> **days from the filing date of this Order**, to re–open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

  **IT IS SO ORDERED.**

DATED: July 15, 2021

          /s/ *Fernando M. Olguin*
          Fernando M. Olguin
          United States District Judge